CROSNER LEGAL, P.C.
Michael T. Houchin (SBN 305541)
mhouchin@crosnerlegal.com
Craig W. Straub (SBN 249032)
craig@crosnerlegal.com
Zachary M. Crosner (SBN 272295)
zach@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
*Attorneys for Plaintiff
and the Proposed Class*

AMIN WASSERMAN GURNANI, LLP
William P. Cole, Bar No. 186772
Matthew R. Orr, Bar No. 211097
Richard L. Hyde, Bar No. 286023
515 South Flower St., 18th Floor
Los Angeles, CA 90071
Tel: (213) 933-2330
Fax: (312) 884-7352
wcole@awglaw.com
morr@awglaw.com
rhyde@awglaw.com
Attorney for Defendant Walmart Inc.,
erroneously sued as Walmart, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE GUZMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC.,<br><br>Defendant. | Case No. 4:24-cv-02353-HSG<br><br>**ORDER GRANTING STIPULATION RE: BRIEFING SCHEDULE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

## ORDER

**CONSIDERING** the joint stipulation filed on behalf of the Parties, which requests a briefing schedule on Defendant's pending motion to dismiss, and for good cause shown:

The Court **HEREBY ORDERS THAT** the Parties' Stipulation is **GRANTED**. Accordingly, Plaintiff shall file an opposition to Defendant's motion to dismiss by no later than **June 21, 2024** and Defendant shall file a reply in support of its motion to dismiss by no later than **July 5, 2024**.

**IT IS SO ORDERED**.

Dated: 6/5/2024

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge